O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA PENNINGTON,<br><br>          Petitioner,<br><br>    v.<br><br>ELISEO RICOLCOL, Warden,<br><br>          Respondent | Case No. 5:24-cv-01183-CAS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the December 20, 2024 Report and Recommendation of United States Magistrate Judge.

    IT IS HEREBY ORDERED that (1) the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 and this action are dismissed; (2) Respondent's Motion to Dismiss is denied as moot; (3) Judgment shall be entered accordingly; and (4) the Clerk shall serve copies of this Order and the Judgment on Petitioner and counsel for Respondent at their addresses of record.

    IT IS SO ORDERED.

DATED:    February 6, 2025

                                        /s/ Christina A. Snyder
                                        HONORABLE CHRISTINA A. SNYDER
                                        UNITED STATES DISTRICT JUDGE