JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA PENNINGTON, | Case No. 5:24-cv-01183-CAS-JC |
| Petitioner, | JUDGMENT |
| v. | |
| ELISEO RICOLCOL, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a person in Federal Custody pursuant to 28 U.S.C. § 2241 and this action are dismissed.

IT IS SO ADJUDGED.

DATED: February 6, 2025

*/s/ Christina A. Snyder*
_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE